FILED

03/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0647

CJ Cook
COOK | PHELAN ATTORNEYS AT LAW
389 S. Ferguson Ave., Suite 205
Bozeman, Montana 59719
*phone*: (406) 924-3410
*email*: cj@cooklawmt.com

*Attorney for Petitioner*

IN THE SUPREME COURT OF THE STATE OF MONTANA,
Supreme Court Cause No. DA-23-0647

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br>LISA L. SWIFT,<br><br>Petitioner/Appellee<br><br>vs.<br><br>MATTHEW T. SWIFT,<br><br>Respondent/Appellant | Case No.: DR-23-177D<br><br>ORDER |

UPON MOTION BY PETITIONER/APPELLEE Lisa L. Swift, and good cause appearing,

IT IS HEREBY ORDERED that Lisa L. Swift's *Motion for Extension of Time* is GRANTED. Petitioner/Appellee has an extension to and including Monday April 15, 2024, to file her Response Brief.

[ELECTRONICALLY SIGNED BELOW]

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 25 2024